UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UMG RECORDINGS, INC., a Delaware
Corporation; SONY BMG MUSIC
ENTERTAINMENT, a Delaware General
Partnership; and ARISTA RECORDS LLC, a
Delaware Limited Liability Company,

                               **Plaintiffs,**

                    v.                                      1:07-CV-264
                                                            (FJS/DRH)

**KATHERINE KING,**

                               **Defendants.**
_____

**APPEARANCES**                              **OF COUNSEL**

**LECLAIR KORONA GIORDANO**       **STEVEN E. COLE, ESQ.**
**COLE LLP**
150 State Street, Suite 300
Rochester, New York 14614-1353
Attorneys for Plaintiffs

**KATHERINE KING**
Cohoes, New York 12047
Defendant *pro se*

**SCULLIN, Senior Judge**

## ORDER

      Having reviewed the parties' "Stipulation to Judgment and Permanent Injunction," *see*

Dkt. No. 16, the Court hereby

      **ORDERS** that Defendant shall pay to Plaintiffs in settlement of this action the sum of

**$1,580.00**; and the Court further

      **ORDERS** that Defendant shall pay Plaintiffs' costs for filing this action and service of

process in the amount of **$420.00**; and the Court further

**ORDERS** that Defendant is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in any sound recording, whether now in existence or later created, that Plaintiffs or any parent, subsidiary, or affiliate record label of Plaintiffs own or control ("Plaintiffs' Recordings"), including, without limitation, by

> (a) using the Internet or any online media distribution system to reproduce, i.e., download, any of Plaintiffs' Recordings, to distribute, i.e., upload, any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with Plaintiffs' express authority; or
>
> (b) causing, authorizing, permitting, or facilitating any third party to access the Internet or any online media distribution system through the use of an Internet connection and/or computer equipment, which Defendant owns or controls, to reproduce, i.e., download, any of Plaintiffs' Recordings, to distribute, i.e., upload, any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with Plaintiffs' express authority; and

the Court further

**ORDERS** that Defendant shall destroy all copies of Plaintiffs' Recordings that Defendant and/or any third-party, that has used the Internet connection and/or computer equipment that Defendant owns or controls, has downloaded without Plaintiffs' authorization onto any computer hard drive or server that Defendant owns or controls and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control; and the Court further

**ORDERS** that, pursuant to the parties' stipulation, Defendant irrevocably and fully waives notice of entry of the Judgment and Permanent Injunction and understands and agrees that

violation of the Judgment and Permanent Injunction will expose her to all penalties provided by law, including contempt of court; and the Court further

**ORDERS** that, pursuant to the parties' stipulation, Defendant irrevocably and fully waives any and all right to appeal the Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability; and the Court further

**ORDERS** that, pursuant to the parties' stipulation, nothing contained in the Judgment and Permanent Injunction shall limit Plaintiffs' right to recover damages for any and all of Defendant's infringements of any of Plaintiffs' rights under federal copyright law or state law occurring after the date that Defendant executed the Stipulation to Judgment and Permanent Injunction; and the Court further

**ORDERS** that it shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment and Permanent Injunction; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in Plaintiffs' favor and close this case.

**IT IS SO ORDERED.**

Dated: February 26, 2008
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge